IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELLY CALLIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  2:20-CV-02083-JAR-TJJ |
| | ) |
| **PCS, INCORPORATED,** | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff states as follows for her Motion for Extension of Time to Respond to Summary Judgment Motion.

1. This matter was filed on February 26, 2020, alleging violations of Title VII.

2. On April 3, 2020, concurrently with its Answer, defendant filed its Motion for Summary Judgment raising the question of whether defendant employed the requisite number of employees during relevant times.

3. Plaintiff's response to this Motion is due on or before April 24, 2020.

4. Plaintiff requests an additional 60 days to conduct discovery on this issue before her response is due pursuant to Fed.R.Civ.P. 56(d).

1

5. Counsel for plaintiff has discussed this extension with counsel for defendant who has indicated they have no objection and agree that an extension is warranted under Fed.R.Civ.P. 56(d).

6. The parties agree that this extension is necessary to allow the parties to fully and efficiently litigate this matter.

WHEREFORE, plaintiff prays the Court grant her Motion and allow her until June 23, 2020, to respond to defendant's Motion for Summary Judgment.

**THORNBERRY BROWN, LLC**

By: /s/ Stephen C. Thornberry
Randall W. Brown           KS# 17905
*randy@ThornberryBrown.com*
Stephen C. Thornberry     KS# 17494
s*teve@ThornberryBrown.com*
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that this document was served by electronic mail through the court's filing system on April 16, 2020 to counsel for defendant.

/s/ Stephen C. Thornberry