# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELLY CALLIN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   2:20-CV-02083-JAR-TJJ |
| | ) |
| **PCS, INCORPORATED,** | ) |
| | ) |
|     **Defendant.** | ) |

### PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff states as follows for her Amended Motion for Extension of Time to Respond to Summary Judgment Motion.

1.    This matter was filed on February 26, 2020, alleging violations of Title VII.

2.    On April 3, 2020, concurrently with its Answer, defendant filed its Motion for Summary Judgment raising the question of whether defendant employed the requisite number of employees during relevant times.

3.    Plaintiff's response to this Motion is due on or before April 24, 2020.

4.    Plaintiff requests an additional 60 days to conduct discovery on this issue before her response is due pursuant to Fed.R.Civ.P. 56(d).

1

5. Plaintiff previously filed a Motion for Extension of Time within which to file a response. The Court denied the Motion on April 17, 2020, based on the counsel's failure to attach an affidavit or declaration.

6. Due to an administrative error on Counsel for Plaintiff's part, plaintiff did not see the Court's order denying the Motion for Extension until defense counsel kindly brought it to plaintiff's counsel's attention this morning.

7. Plaintiff's counsel apologizes for these two errors and has attached as Exhibit 1 his Declaration in Support of this Motion for Extension.

8. Counsel for plaintiff has discussed this extension with counsel for defendant who has indicated they have no objection and agree that an extension is warranted under Fed.R.Civ.P. 56(d).

9. The parties agree that this extension is necessary to allow the parties to fully and efficiently litigate this matter.

WHEREFORE, plaintiff prays the Court grant her Motion and allow her until June 23, 2020, to respond to defendant's Motion for Summary Judgment.

          **THORNBERRY BROWN, LLC**

By:   /s/ Stephen C. Thornberry
       Randall W. Brown     KS# 17905
       *randy@ThornberryBrown.com*
       Stephen C. Thornberry     KS# 17494
       s*teve@ThornberryBrown.com*
       4550 Main Street, Suite 205
       Kansas City, Missouri 64111
       (816) 531-8383 *telephone*
       (816) 531-8385 *facsimile*
       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that this document was served by electronic mail through the court's filing system on April 27, 2020 to counsel for defendant.

                                 /s/ Stephen C. Thornberry