IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLY CALLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-02083-JAR-TJJ |
| | ) |
| PCS, INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF STEPHEN C. THORNBERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Stephen C. Thornberry, counsel for plaintiff in this matter, states as follows for his Declaration pursuant to 28 USC 1746.

1. I am a member of the Missouri bar licensed to practice in this Court.

2. I represent plaintiff Kelly Callin in this matter.

3. I provide this declaration in Support of Plaintiff's Amended Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment.

4. I have personal knowledge of the facts stated below.

5. This matter was filed on February 26, 2020, alleging violations of Title VII.

6. On April 3, 2020, concurrently with its Answer, defendant filed its Motion for Summary Judgment raising the question of whether defendant employed the requisite number of employees during relevant times.

7. Plaintiff's response to this Motion was due on or before April 24, 2020.

8. Plaintiff requests an additional 60 days to conduct discovery on this issue before her response is due pursuant to Fed.R.Civ.P. 56(d) and has filed a Motion for extension of time.

9. The parties held their Rule 26 meeting today and therefore have not conducted any discovery to date.

10. Discovery is needed on the issues of the number of employees at various times.

11. Based on previous representations from Defendant's Owner, plaintiff's counsel believes that during the relevant time frame, Defendant employed over 20 employees. Plaintiff's counsel needs to conduct depositions the corporation and conduct written discovery regarding the number of employees.

I declare under penalty of perjury that the foregoing is truthful and correct.

_____
Stephen C. Thornberry

4.27.20
_____
Date